UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN IGARTUA, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>  -against-<br><br>FRASS BOX CANNABIS LLC,<br><br>      Defendant. | 24-cv-06576 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Complaint in this case was filed on August 30, 2024. Dkt. 1. A summons was issued on September 3, 2024. Dkt. 4. Plaintiff has not filed proof of service with the Court within 90 days of filing his Complaint as required by Federal Rules of Civil Procedure 4(l) and (m).

It is HEREBY ORDERED that Plaintiff update the Court as to whether and in what manner service has been made by December 6, 2024. Failure to do so may result in the dismissal of this case.

Dated: December 2, 2024
   New York, New York

                SO ORDERED.

                *Jennifer Rochon*
                JENNIFER L. ROCHON
                United States District Judge