UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN IGARTUA, on behalf of himself and others similarly situated,<br><br>                     Plaintiff,<br><br>-against-<br><br>FRASS BOX CANNABIS, LLC,<br><br>                     Defendant. | Case No. 1:24-cv-06576 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On December 2, 2024, the Court ordered Plaintiff to provide an update as to whether and in what manner service had been made by December 6, 2024, and warned that failure to do so might result in dismissal of the case. Dkt. 6.

To date, Plaintiff has not filed any update with the Court. As a courtesy, Plaintiff shall have until December 13, 2024 to file an update with the Court regarding whether service has been made and in what manner. Failure to do so will result in dismissal of the case.

Dated: December 9, 2024
        New York, New York

                                                SO ORDERED.

                                                *Jennifer Rochon*
                                                JENNIFER L. ROCHON
                                                United States District Judge