UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH & NORINSBERG, ESQ., PLLC
110 E. 59th Street, Suite 2300
New York, New York 10022

**Plaintiff / Petitioner:**

Juan Igartua, on behalf of himself and all others similarly
situated,

**Defendant / Respondent:**

Frass Box Cannabis LLC,

## AFFIRMATION OF SERVICE

Case No:
1:24-cv-06576-JLR

Date Filed: September 03, 2024

State of New York, County of <u>KINGS</u>) ss.:

The undersigned being duly sworn, Affirms and states the following; deponent is not a party herein, is over 18 years of age and resides in the State of New York. That on <u>Tuesday, December 10, 2024</u> AT <u>03:01 PM</u> AT <u>190 EAST 72ND STREET, SUITE 19B, NEW YORK, NY 10021</u>, dwelling place / usual place of abode / actual place of business, deponent served the within <u>SUMMONS IN A CIVIL ACTION AND COMPLAINT</u> on <u>Frass Box Cannabis LLC c/o Daphne Borowski,</u>

|   |   |
|---|---|
| ☐ | **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein. |
| ☐ | **Corporation:** a defendant, therein named, by delivering a true copy of each to personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be thereof. |
| **X** | **Suitable Person:** a defendant therein named, by delivering thereat, a true copy of each to <u>OREST "DOE" (NO LAST NAME PROVIDED), FRONT DESK SECURITY, a person of suitable and discretion. and who accepted service in accordance with his everyday duties.</u> |
| ☐ | **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at |
| ☐ | **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. The wrapper bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the Defendant. Mailed on _____. |
| ☐ | **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Recipient wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes. |

**Description:**

| Age: | 30-45 | Ethnicity: | Caucasian | Gender: | Male | Weight: | Over 200 lbs |
|---|---|---|---|---|---|---|---|
| Height: | 5'10" | Hair: | Balding | Eyes: | N/A | Relationship: | N/A |

Other: <u>Beard.</u>  See supporting photo attached.

JEREMIAH CHARLES
LIC# 2100727-DCA
PEAK PROCESS SERVERS, INC.
DCA Lic# 2079779-DCA
48 Davis Avenue, Port Washington NY 11050
Tel: 516.822.7070

I affirm this 12th day of DECEMBER, 2024, under the penalties of
perjury under the laws of New York, which may include a fine or
imprisonment, that the foregoing is true, and I understand that this
document may be filed in an action or proceeding in a court of law.

**PHOTO**

