UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JUAN IGARTUA, on behalf of himself and all oth

Plaintiff(s),

24 Civ. 06576 (JLR)

- against -

CLERK'S CERTIFICATE
OF DEFAULT

FRASS BOX CANNABIS, LLC

Defendant(s),
------------------------------------------------------------X

I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on August 30, 2024 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) FRASS BOX CANNABIS, LLC by personally serving Orest "Doe" (no last name provided) Front Desk Security, and proof of service was therefore filed on December 12, 2024, Doc. #(s) 8.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

February 07, 2025

TAMMI M. HELLWIG
Clerk of Court

By: _____
Deputy Clerk